IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>JASON FREEMONT,<br><br>              Defendant. | 8:15-CR-213<br><br>**ORDER** |

       This matter is before the Court on the United States of America's Motion for Dismissal (Filing 109). The United States seeks dismissal without prejudice of the Third Amended Petition for Warrant or Summons for Offender Under Supervision (Filing 100). Accordingly, the Court grants the motion.

       IT IS ORDERED:

1. The United States of America's Motion to Dismiss (Filing 109) is granted; and

2. The Third Amended Petition for Warrant or Summons for Offender Under Supervision (Filing 100) is dismissed without prejudice.

       Dated this 2nd day of February, 2021.

                                            BY THE COURT:

                                            _____
                                            Brian C. Buescher
                                            United States District Judge